**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARIANO TORRES and LESTER WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES CARLSON, AIDAN PARISI, GRANT MINER, CATHERINE CURRAN-GROOME, PEOPLE'S FORUM, INC., LISA FITHIAN, GABRIEL YANCY, ETHAN CHOI, and JOHN DOES 1–40,<br><br>Defendants. | Civil Action No.: 25-cv-3474-CM-RWL<br><br>**NOTICE OF APPEAL** |

NOTICE is hereby given that Plaintiffs Mariano Torres and Lester Wilson ("Plaintiffs") appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order granting Defendants' motions to dismiss Plaintiffs' federal claims with prejudice and state law claims without prejudice entered June 1, 2026 (ECF No. 64).

1

Dated:  June 30, 2026

TORRIDON LAW PLLC

By: *Tara Helfman*

Tara Helfman
801 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 249-6900
thelfman@torridonlaw.com

Jeffrey B. Jensen
13354 Manchester Rd., Suite 210
St. Louis, Missouri 63131
Telephone: (314) 920-0138
jjensen@torridonlaw.com

Brett D. Katz
800 Westchester Avenue, Suite N-641
Rye Brook, New York 10573
Telephone: (646) 787-9290
bkatz@torridonlaw.com

THE LOUIS D. BRANDEIS CENTER FOR
HUMAN RIGHTS UNDER LAW

By:     s/Paul M. Eckles

Kenneth L. Marcus
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, DC 20006
Tel.: (202) 559-9296
klmarcus@brandeiscenter.com

Richard A. Rosen
David M. Dince
Paul M. Eckles
Deena B. Margolies
1675 Broadway, 13th Floor
New York, New York 10019
Telephone:  (212) 653-0630
rrosen@brandeiscenter.com
ddince@brandeiscenter.com
peckles@brandeiscenter.com
dmargolies@brandeiscenter.com

*Attorneys for Plaintiffs*
*Mariano Torres and Lester Wilson*

2

CLOSED,APPEAL,ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25–cv–03474–CM

Torres et al v. Carlson et al
Assigned to: Judge Colleen McMahon
Cause: 42:1985 Consipracy to interfere with civil rights

Date Filed: 04/25/2025
Date Terminated: 06/01/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Mariano Torres**

represented by **Brett David Katz**
Torridon Law PLLC
800 Westchester Avenue
Suite 641n
Rye Brook, NY 10573
202–249–6900
Fax: 202–249–6899
Email: bkatz@torridonlaw.com
*ATTORNEY TO BE NOTICED*

**Chase Traver Harrington**
Torridon Law PLLC
801 Seventeenth St. NW
Suite 1100
Washington DC, DC 20006
202–249–6644
Email: charrington@torridonlaw.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Burton Jensen**
Torridon Law PLLC
801 17th Street NW
Suite 1100
Washington, DC 20006
202–249–6900
Email: jjensen@torridonlaw.com
*ATTORNEY TO BE NOTICED*

**Julia Tang**
Torridon Law PLLC
PO Box 930
Chesterfield, MO 63006
314–703–4688
Email: jtang@torridonlaw.com
*ATTORNEY TO BE NOTICED*

**Tara Helfman**
Torridon Law PLLC
District of Columbia
801 17th Street, N.W.
Suite 1100
Washington, DC 20006
202–249–6635
Email: thelfman@torridonlaw.com
*ATTORNEY TO BE NOTICED*

**Paul Madison Eckles**
The Louis D. Brandeis Center for Human
Rights Under Law
1330 Avenue of the Americas
Ste 23rd Floor

New York, NY 10019
917–488–7025
Email: peckles@brandeiscenter.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lester Wilson**                    represented by  **Brett David Katz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chase Traver Harrington**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Burton Jensen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Tang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Helfman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Madison Eckles**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James Carlson**                    represented by  **Remy Green**
Cohen&Green P.L.L.C.
1639 Centre Street
Suite 216
Ridgewood, NY 11385
929–888–9480
Fax: 929–888–9457
Email: remy@femmelaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aidan Parisi**                    represented by  **Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Grant Miner**                    represented by  **Tyler D Abboud**
685 Third Avenue
18th Floor
New York City, NY 10038
720–252–9782
Email: tyler.abboud25@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Catherine Curran–Groome**                    represented by  **Remy Green**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**People's Forum, Inc.**

represented by **Mara Verheyden–Hilliard**
Partnership for Civil Justice
617 Florida Avenue, N.W.,
Washington, DC 20001
(202) 955–5559
Fax: (202) 955–5589
Email: mvh@justiceonline.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Taitz**
Partnership for Civil Justice Fund
617 Florida Ave NW
Washington, DC 20001
914–260–0038
Email: sarah.taitz@justiceonline.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl L Messineo**
Partnership for Civil Justice
617 Florida Avenue, N.W.,
Washington, DC 20001
(202) 955–5559
Fax: (202) 955–5589
Email: cm@justiceonline.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Fithian**

represented by **Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gabriel Yancy**

represented by **Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ethan Choi**

represented by **Remy Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1–40**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2025 | 1 | COMPLAINT against James Carlson, Ethan Choi, Catherine Curran–Groome, John Does, Lisa Fithian, Grant Miner, Aidan Parisi, People's Forum, Inc., Gabriel Yancy. (Filing Fee $ 405.00, Receipt Number ANYSDC–30990643)Document filed by Lester Wilson, Mariano Torres..(Eckles, Paul) (Entered: 04/25/2025) |
| 04/25/2025 | 2 | CIVIL COVER SHEET filed..(Eckles, Paul) (Entered: 04/25/2025) |
| 04/28/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Naomi Reice Buchwald. Please download and review the Individual Practices of the assigned District Judge, located at |

| | | |
|---|---|---|
| | | https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(gp) (Entered: 04/28/2025) |
| 04/28/2025 | | Magistrate Judge Robert W. Lehrburger is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (gp) (Entered: 04/28/2025) |
| 04/28/2025 | | Case Designated ECF. (gp) (Entered: 04/28/2025) |
| 04/28/2025 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to James Carlson, Aidan Parisi, Grant Miner, Catherine Curran–Groome, People's Forum, Inc., Lisa Fithian, Gabriel Yancy, Ethan Choi, re: 1 Complaint,. Document filed by Mariano Torres, Lester Wilson..(Eckles, Paul) (Entered: 04/28/2025) |
| 04/29/2025 | 4 | ELECTRONIC SUMMONS ISSUED as to James Carlson, Ethan Choi, Catherine Curran–Groome, Lisa Fithian, Grant Miner, Aidan Parisi, People's Forum, Inc., Gabriel Yancy..(pc) (Entered: 04/29/2025) |
| 05/06/2025 | 5 | NOTICE OF APPEARANCE by Brett David Katz on behalf of Mariano Torres, Lester Wilson..(Katz, Brett) (Entered: 05/06/2025) |
| 05/15/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Colleen McMahon. Judge Naomi Reice Buchwald is no longer assigned to the case. (tro) (Entered: 05/15/2025) |
| 06/05/2025 | 6 | ORDER FOR INITIAL PRETRIAL CONFERENCE: This action having been assigned to me for all purposes, it is hereby, ORDERED as follows: If a conforming case management plan is submitted at least two business days prior to the scheduled initial conference and subsequently approved by the Court, the initial conference will be canceled automatically. If a motion has been filed either before or after the case management plan is approved, and the parties desire a conference, a letter must be submitted to the Court via ECF specifically asking that the initial conference not be canceled. If the parties fail to agree upon such a plan or fail to submit the plan to the Court within the time provided (at least two business days before the conference date), the parties must appear at a conference on 9/11/2025 at 10: 15 a.m., in courtroom 24A, 500 Pearl Street, New York, New York, 10007. Initial Conference set for 9/11/2025 at 10:15 AM in Courtroom 24A, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon. (Signed by Judge Colleen McMahon on 6/4/2025) (jjc) (Entered: 06/05/2025) |
| 06/27/2025 | 7 | AFFIDAVIT OF SERVICE. Ethan Choi served on 6/13/2025, answer due 7/7/2025. Service was accepted by SUYA CHOI, WIFE. Document filed by Lester Wilson; Mariano Torres..(Katz, Brett) (Entered: 06/27/2025) |
| 06/27/2025 | 8 | AFFIDAVIT OF SERVICE. James Carlson served on 6/17/2025, answer due 7/8/2025. Service was accepted by JOHN DOE, CO–TENANT. Document filed by Lester Wilson; Mariano Torres..(Katz, Brett) (Entered: 06/27/2025) |
| 06/27/2025 | 9 | AFFIDAVIT OF SERVICE. People's Forum, Inc. served on 6/13/2025, answer due 7/7/2025. Service was accepted by DANIELLE HALL, AGENT. Document filed by Lester Wilson; Mariano Torres..(Katz, Brett) (Entered: 06/27/2025) |
| 06/27/2025 | 10 | AFFIDAVIT OF SERVICE. Grant Miner served on 6/17/2025, answer due 7/8/2025. Service was accepted by CLAIRE OLESON, CO–TENANT. Document filed by Lester Wilson; Mariano Torres..(Katz, Brett) (Entered: 06/27/2025) |
| 06/27/2025 | 11 | AFFIDAVIT OF SERVICE. Catherine Curran–Groome served on 6/23/2025, answer due 7/14/2025. Service was accepted by JANE DOE, CO–TENANT. Document filed by Lester Wilson; Mariano Torres..(Katz, Brett) (Entered: 06/27/2025) |
| 07/02/2025 | 12 | AFFIDAVIT OF SERVICE. Gabriel Yancy served on 6/30/2025, answer due 7/21/2025. Service was accepted by JOHN DOE, CO–TENANT. Document filed by Lester Wilson; Mariano Torres..(Katz, Brett) (Entered: 07/02/2025) |

| 07/02/2025 | 13 | NOTICE OF APPEARANCE by Sarah Taitz on behalf of People's Forum, Inc...(Taitz, Sarah) (Entered: 07/02/2025) |
|---|---|---|
| 07/02/2025 | 14 | FIRST LETTER MOTION for Extension of Time to File Answer addressed to Judge Colleen McMahon from Sarah Taitz dated July 2, 2025. Document filed by People's Forum, Inc...(Taitz, Sarah) (Entered: 07/02/2025) |
| 07/03/2025 | 15 | FIRST LETTER MOTION for Extension of Time *to Submit Proposed Civil Case Management Plan* addressed to Judge Colleen McMahon from Brett Katz dated July 3, 2025. Document filed by Mariano Torres, Lester Wilson..(Katz, Brett) (Entered: 07/03/2025) |
| 07/03/2025 | 16 | NOTICE OF APPEARANCE OF PRO BONO COUNSEL by Tyler Abboud on behalf of Grant Miner.(Abboud, Tyler) (Entered: 07/03/2025) |
| 07/03/2025 | 17 | FIRST LETTER MOTION for Extension of Time to File Answer addressed to Judge Colleen McMahon from Tyler D. Abboud dated July 3, 2025. Document filed by Grant Miner..(Abboud, Tyler) (Entered: 07/03/2025) |
| 07/07/2025 | 18 | NOTICE OF APPEARANCE by Mara Verheyden−Hilliard on behalf of People's Forum, Inc...(Verheyden−Hilliard, Mara) (Entered: 07/07/2025) |
| 07/08/2025 | 19 | ORDER granting 15 Letter Motion for Extension of Time. OK, granted. (Signed by Judge Colleen McMahon on 7/8/2025) (jjc) (Entered: 07/08/2025) |
| 07/08/2025 | 20 | ORDER granting 17 Letter Motion for Extension of Time to Answer re 1 Complaint. Extension granted. Grant Miner answer due 9/8/2025. (Signed by Judge Colleen McMahon on 7/8/2025) (jjc) (Entered: 07/08/2025) |
| 07/08/2025 | 21 | ORDER granting 14 Letter Motion for Extension of Time to Answer re 1 Complaint. OK. People's Forum, Inc. answer due 9/8/2025. (Signed by Judge Colleen McMahon on 7/8/2025) (jjc) (Entered: 07/08/2025) |
| 07/22/2025 | 22 | NOTICE OF APPEARANCE by Remy Green on behalf of James Carlson, Ethan Choi, Catherine Curran−Groome, Lisa Fithian, Aidan Parisi, Gabriel Yancy..(Green, Remy) (Entered: 07/22/2025) |
| 07/22/2025 | 23 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, addressed to Judge Colleen McMahon from Remy Green dated 2025−07−22. Document filed by James Carlson, Ethan Choi, Lisa Fithian, Aidan Parisi, Gabriel Yancy..(Green, Remy) (Entered: 07/22/2025) |
| 07/22/2025 | 24 | ORDER granting 23 Letter Motion for Extension of Time to Answer. Extension granted. James Carlson answer due 9/8/2025; Ethan Choi answer due 9/8/2025; Catherine Curran−Groome answer due 9/8/2025; Aidan Parisi answer due 9/8/2025; Gabriel Yancy answer due 9/8/2025 (Signed by Judge Colleen McMahon on 7/22/2025) (jca) (Entered: 07/22/2025) |
| 07/23/2025 | 25 | ACKNOWLEDGMENT OF SERVICE. Lisa Fithian served on 7/15/2025, answer due 8/5/2025; Aidan Parisi served on 7/17/2025, answer due 9/8/2025. Service was accepted by J. REMY GREEN, counsel of record. Document filed by Lester Wilson; Mariano Torres..(Katz, Brett) (Entered: 07/23/2025) |
| 08/15/2025 | 26 | MOTION for Tara Helfman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−31553931. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mariano Torres, Lester Wilson. (Attachments: # 1 Affidavit of Tara Helfman, # 2 Exhibit COGS (New York), # 3 Exhibit COGS (Washington, DC), # 4 Proposed Order granting admission PHV).(Helfman, Tara) (Entered: 08/15/2025) |
| 08/18/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 26 MOTION for Tara Helfman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−31553931. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 08/18/2025) |
| 09/05/2025 | 27 | FIRST AMENDED COMPLAINT amending 1 Complaint, against James Carlson, Ethan Choi, Catherine Curran−Groome, Lisa Fithian, John Does 1−40, Grant Miner, Aidan Parisi, People's Forum, Inc., Gabriel Yancy with JURY DEMAND.Document |

| | | |
|---|---|---|
| | | filed by Lester Wilson, Mariano Torres. Related document: 1 Complaint,..(Eckles, Paul) (Entered: 09/05/2025) |
| 09/08/2025 | 28 | ORDER GRANTING MOTION PRO HAC VICE granting 26 Motion for Tara Helfman to Appear Pro Hac Vice. The motion of Tara Helfman, for admission to practice Pro Hac Vice in the above–captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court. including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 9/8/25) (yv) (Entered: 09/08/2025) |
| 09/08/2025 | 29 | NOTICE OF APPEARANCE by Carl L Messineo on behalf of People's Forum, Inc...(Messineo, Carl) (Entered: 09/08/2025) |
| 09/08/2025 | 30 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice against the defendant(s) Grant Miner. Document filed by Lester Wilson, Mariano Torres. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**..(Katz, Brett) (Entered: 09/08/2025) |
| 09/09/2025 | 31 | LETTER MOTION to Adjourn Conference *(Initial Pretrial Conference)* addressed to Judge Colleen McMahon from Carl Messineo dated 09/09/2025. Document filed by People's Forum, Inc...(Messineo, Carl) (Entered: 09/09/2025) |
| 09/09/2025 | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 30 Notice of Voluntary Dismissal was reviewed and referred to Judge Colleen McMahon for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (km)** (Entered: 09/09/2025) |
| 09/09/2025 | 32 | ORDER granting 31 Letter Motion to Adjourn Conference. OK, Conference adjourned. (Signed by Judge Colleen McMahon on 9/9/2025) (rro) (Entered: 09/09/2025) |
| 09/18/2025 | 33 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above–captioned action is voluntarily dismissed, without prejudice against the defendant(s) Catherine Curran–Groome, Gabriel Yancy. Document filed by Lester Wilson, Mariano Torres. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**..(Katz, Brett) (Entered: 09/18/2025) |
| 09/19/2025 | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 33 Notice of Voluntary Dismissal was reviewed and referred to Judge Colleen McMahon for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (km)** (Entered: 09/19/2025) |
| 09/19/2025 | 34 | LETTER MOTION for Extension of Time to File Answer re: 27 Amended Complaint, addressed to Judge Colleen McMahon from Remy Green dated 2025–09–19. Document filed by James Carlson, Ethan Choi, Catherine Curran–Groome, Lisa Fithian, Aidan Parisi, Gabriel Yancy..(Green, Remy) (Entered: 09/19/2025) |
| 09/19/2025 | 35 | ORDER granting 34 Letter Motion for Extension of Time to Answer re 27 Amended Complaint,. Extension granted. (James Carlson answer due 10/20/2025; Ethan Choi answer due 10/20/2025; Catherine Curran–Groome answer due 10/20/2025; Lisa Fithian answer due 10/20/2025; Gabriel Yancy answer due 10/20/2025.) (Signed by Judge Colleen McMahon on 9/19/25) (yv) (Entered: 09/19/2025) |
| 09/19/2025 | | Set/Reset Deadlines: Motions due by 10/20/2025. (yv) (Entered: 09/19/2025) |
| 09/19/2025 | 36 | MOTION to Dismiss *Plaintiffs' First Amended Complaint*. Document filed by People's Forum, Inc.. (Attachments: # 1 Exhibit Memorandum of Law, # 2 Exhibit Letter Requesting Oral Argument, # 3 Proposed Order Dismissal).(Taitz, Sarah) (Entered: 09/19/2025) |

| 09/29/2025 | 37 | LETTER MOTION for Extension of Time *to Oppose Motion to Dismiss and file a Consolidated Opposition Memorandum* addressed to Judge Colleen McMahon from Brett Katz dated September 29, 2025. Document filed by Mariano Torres, Lester Wilson..(Katz, Brett) (Entered: 09/29/2025) |
|---|---|---|
| 10/01/2025 | 38 | ORDER granting 37 Letter Motion for Extension of Time. OK. (Signed by Judge Colleen McMahon on 9/30/25) (yv) (Entered: 10/01/2025) |
| 10/01/2025 | | Set/Reset Deadlines: Responses due by 11/12/2025 (yv) (Entered: 10/01/2025) |
| 10/20/2025 | 39 | MOTION to Dismiss *and for Anti−SLAPP fees*. Document filed by James Carlson, Ethan Choi, Lisa Fithian, Aidan Parisi..(Green, Remy) (Entered: 10/20/2025) |
| 10/20/2025 | 40 | MEMORANDUM OF LAW in Support re: 36 MOTION to Dismiss *Plaintiffs' First Amended Complaint*., 39 MOTION to Dismiss *and for Anti−SLAPP fees*. . Document filed by James Carlson, Ethan Choi, Lisa Fithian, Aidan Parisi..(Green, Remy) (Entered: 10/20/2025) |
| 10/27/2025 | 42 | NOTICE of Supplemental Authority re: 36 MOTION to Dismiss *Plaintiffs' First Amended Complaint*.. Document filed by People's Forum, Inc...(Taitz, Sarah) (Entered: 10/27/2025) |
| 10/31/2025 | 43 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Chase T. Harrington to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−31931471. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mariano Torres, Lester Wilson. (Attachments: # 1 Affidavit of Chase Harrington, # 2 Exhibit COGS (Washington DC), # 3 Exhibit COGS (Colorado), # 4 Proposed Order granting admission PHV).(Harrington, Chase) Modified on 10/31/2025 (rju). (Entered: 10/31/2025) |
| 10/31/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 43 MOTION for Chase T. Harrington to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−31931471. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Wrong case caption on Proposed Order;. Re−file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 10/31/2025) |
| 10/31/2025 | 44 | AMENDED MOTION for Leave to Appear *Pro Hac Vice*., MOTION for Chase T. Harrington to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mariano Torres, Lester Wilson. (Attachments: # 1 Affidavit of Chase Harrington, # 2 Exhibit COGS (Washington DC), # 3 Exhibit COGS (Colorado), # 4 Proposed Order granting admission PHV (corrected)).(Harrington, Chase) (Entered: 10/31/2025) |
| 10/31/2025 | 45 | MOTION for Julia Tang to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−31932549. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mariano Torres, Lester Wilson. (Attachments: # 1 Affidavit of Julia Tang, # 2 Exhibit COGS (Missouri), # 3 Exhibit COGS (California), # 4 Proposed Order granting admission PHV).(Tang, Julia) (Entered: 10/31/2025) |
| 10/31/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 44 AMENDED MOTION for Leave to Appear *Pro Hac Vice*. MOTION for Chase T. Harrington to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 10/31/2025) |
| 10/31/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 45 MOTION for Julia Tang to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−31932549. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 10/31/2025) |
| 10/31/2025 | 46 | MOTION for Jeffrey B. Jensen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC−31933402. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mariano Torres, Lester Wilson. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Affidavit of Jeffrey B. Jensen, # 2 Exhibit COGS (Missouri), # 3 Exhibit COGS (Washington, DC), # 4 Proposed Order granting admission PHV).(Jensen, Jeffrey) (Entered: 10/31/2025) |
| 10/31/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 46 MOTION for Jeffrey B. Jensen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC–31933402. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 10/31/2025) |
| 11/04/2025 | 47 | ORDER granting 44 Motion for Leave to Appear ; granting 44 Motion for Chase T. Harrington to Appear Pro Hac Vice. The motion of Chase T. Harrington for admission to practice Pro Hac Vice in the above–captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 11/4/25) (yv) (Entered: 11/04/2025) |
| 11/04/2025 | 48 | ORDER GRANTING MOTION PRO HAC VICE granting 45 Motion for Julia Tang to Appear Pro Hac Vice. The motion of Julia Tang for admission to practice Pro Hac Vice in the above–captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 11/4/25) (yv) (Entered: 11/04/2025) |
| 11/04/2025 | 49 | ORDER GRANTING MOTION PRO HAC VICE granting 46 Motion for Jeffrey B. Jensen to Appear Pro Hac Vice. The motion of Jeffrey B. Jensen, for admission to practice Pro Hac Vice in the above–captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 11/4/25) (yv) (Entered: 11/04/2025) |
| 11/12/2025 | 50 | MOTION to Strike Document No. 41 . Document filed by Mariano Torres, Lester Wilson..(Eckles, Paul) (Entered: 11/12/2025) |
| 11/12/2025 | 51 | MEMORANDUM OF LAW in Support re: 50 MOTION to Strike Document No. 41 . . Document filed by Mariano Torres, Lester Wilson..(Eckles, Paul) (Entered: 11/12/2025) |
| 11/12/2025 | 52 | MEMORANDUM OF LAW in Opposition re: 36 MOTION to Dismiss *Plaintiffs' First Amended Complaint*., 39 MOTION to Dismiss *and for Anti–SLAPP fees*. . Document filed by Mariano Torres, Lester Wilson..(Eckles, Paul) (Entered: 11/12/2025) |
| 11/21/2025 | 53 | CONSENT LETTER MOTION for Extension of Time */to clarify deadline to respond to motion to strike (and align with reply deadline on underlying motion)* addressed to Judge Colleen McMahon from Remy Green dated 2025–11–21. Document filed by James Carlson, Ethan Choi, Lisa Fithian, Aidan Parisi..(Green, Remy) (Entered: 11/21/2025) |
| 11/25/2025 | 54 | ORDER granting 53 Letter Motion for Extension of Time. Extension granted. (Signed by Judge Colleen McMahon on 11/25/25) (yv) (Entered: 11/25/2025) |
| 11/25/2025 | | Set/Reset Deadlines: Responses due by 12/12/2025 (yv) (Entered: 11/25/2025) |
| 12/08/2025 | 55 | LETTER addressed to Judge Colleen McMahon from Brett Katz dated December 8, 2025 re: Notice of Supplemental Authority. Document filed by Mariano Torres, Lester Wilson. (Attachments: # 1 Exhibit A).(Katz, Brett) (Entered: 12/08/2025) |
| 12/11/2025 | 56 | NOTICE of Errata in FAC. Document filed by Mariano Torres, Lester Wilson. (Attachments: # 1 Exhibit A).(Harrington, Chase) (Entered: 12/11/2025) |

| | | |
|---|---|---|
| 12/12/2025 | 57 | REPLY MEMORANDUM OF LAW in Opposition re: 39 MOTION to Dismiss *and for Anti−SLAPP fees*., 50 MOTION to Strike Document No. 41 . . Document filed by James Carlson, Ethan Choi, Lisa Fithian, Aidan Parisi..(Green, Remy) (Entered: 12/12/2025) |
| 12/12/2025 | 58 | REPLY MEMORANDUM OF LAW in Support re: 36 MOTION to Dismiss *Plaintiffs' First Amended Complaint*. . Document filed by People's Forum, Inc...(Taitz, Sarah) (Entered: 12/12/2025) |
| 01/30/2026 | 59 | LETTER addressed to Judge Colleen McMahon from Brett D. Katz dated January 30, 2026 re: Notice of Supplemental Authority. Document filed by Mariano Torres, Lester Wilson..(Katz, Brett) (Entered: 01/30/2026) |
| 01/30/2026 | 60 | LETTER MOTION for Conference *(To Schedule A Preliminary Conference)* addressed to Judge Colleen McMahon from Brett D. Katz dated January 30, 2026. Document filed by Mariano Torres, Lester Wilson..(Katz, Brett) (Entered: 01/30/2026) |
| 02/02/2026 | 61 | ORDER with respect to 60 Letter Motion for Conference. I will decide the motion before setting a discovery schedule. (Signed by Judge Colleen McMahon on 2/2/2026) (ar) (Entered: 02/02/2026) |
| 02/09/2026 | 62 | LETTER addressed to Judge Colleen McMahon from Carl Messineo dated February 9, 2026 re: Response to Plaintiffs' Notice of Supplemental Authority. Document filed by People's Forum, Inc...(Taitz, Sarah) (Entered: 02/09/2026) |
| 02/13/2026 | 63 | MEMO ENDORSEMENT on re: 62 Letter filed by People's Forum, Inc. ENDORSEMENT: Is this a motion? A brief? A request for leave to reopen? I do not take substantive arguments made by letter. I do not allow letter motions. If this is a request to to file an additional brief please make by way of a proper motion. (Signed by Judge Colleen McMahon on 2/13/2026) (mml) (Entered: 02/13/2026) |
| 06/01/2026 | 64 | DECISION AND ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FEDERAL CLAIMS WITH PREJUDICE AND STATE LAW CLAIMS WITHOUT PREJUDICE granting 36 Motion to Dismiss; granting in part and denying in part 39 Motion to Dismiss; granting 50 Motion to Strike docket entry and document from the record. denying 60 Motion for Conference. Defendants' motions to dismiss Plaintiffs' federal claims are GRANTED, while the Individual Defendants' motion to dismiss Plaintiffs' state law claims is GRANTED WITHOUT PREJUDICE to the commencement of an action in the New York State Supreme Court. The Individual Defendants' motion for mandatory fees under New York's anti−SLAPP law is DENIED. The Clerk of Court is respectfully requested to remove the motions at Dkt. Nos. 36, 39, 50, and 60 from the Court's list of open motions. This is a written opinion. This constitutes the decision and order of the Court. It is a written decision. BY ECF TO ALL COUNSEL. (Signed by Judge Colleen McMahon on 6/1/2026) (ar) (Entered: 06/01/2026) |
| 06/30/2026 | 65 | NOTICE OF APPEAL from 64 Order on Motion to Dismiss,, Order on Motion to Strike, Order on Motion for Conference,,,,,,,,,,,,,,,,. Document filed by Mariano Torres, Lester Wilson. Filing fee $ 605.00, receipt number ANYSDC−33069347. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Helfman, Tara) (Entered: 06/30/2026) |
| 06/30/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 65 Notice of Appeal. (tp) (Entered: 06/30/2026) |
| 06/30/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 65 Notice of Appeal, filed by Mariano Torres, Lester Wilson were transmitted to the U.S. Court of Appeals.(tp) (Entered: 06/30/2026) |